Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-70289-HDH-13 |
| LON ED MORRIS | HEARING DATE:  11/20/2013 |
| RHONDA KAY MORRIS | HEARING TIME:   10:00am |

**TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Delay prejudicial to creditors for failure to provide;

2012 Tax Return for L & M Paving, Inc..

Business Case Questionnaire.

Cash Flow Chart.

February through July 2013 bank statements for both accounts.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 11/20/2013 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

LON ED MORRIS & RHONDA KAY MORRIS 233 BENT RD  WICHITA FALLS TX 76305

DAVISON RUGELEY, LLP 900 EIGHT ST STE 1102 PO DRAWER 99 WICHITA FALLS TX 76307

PERDUE BRANDON FIELDER COLLINS & MOTT PO BOX 8188  WICHITA FALLS TX 76307

WELLS FARGO BANK NA PO BOX 829009  DALLAS TX 75382

LINEBARGER GOOGAN BLAIR & SAMPSON LLP 2323 BRYAN STREET SUITE 1600  DALLAS TX 75201


Date:    10/3/2013                                           /s/ Walter O'Cheskey
                                                             _____
                                                             Walter O'Cheskey
                                                             Chapter 13 Trustee