

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 21, 2013**

_____
United States Bankruptcy Judge

_____

PLOD 0013.000751B

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
LON ED MORRIS

RHONDA KAY MORRIS

CASE NO: 13-70289-HDH-13
DATED: October 17, 2013
HEARING DATE: OCTOBER 16, 2013
HEARING TIME: 10:00 A.M.

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**

     Came to be heard the Debtors, LON ED MORRIS and RHONDA KAY MORRIS, Confirmation of Final Plan in the above captioned case. A hearing to consider the confirmation of that plan was held on OCTOBER 16, 2013, and it appearing to the Court that the plan filed AUGUST 14, 2013 does not comply with 11 U.S.C. 1325.

     It is therefore ORDERED that the confirmation of the plan is denied.

# # # End of Order # # #

/s/ Walter O'Cheskey
_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424